❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   26-949M(NJ) |
| USPS Priority Mail parcel #9505 5148 8229 6181 5097 96 | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail #9505 5148 8229 6181 5097 96, addressed to ""Elizabeth Silva, 1537 Isabelle Ave, Racine WI 53402", now at the Milwaukee UPSIS office.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before ___7/21/2026___ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Nancy Joseph_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:      7/7/2026 @ 8:21 a.m.                    *Judge's signature*

City and state:      Milwaukee, WI                    Honorable Nancy Joseph, U.S. Magistrate Judge
                                        *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

USPS Priority Mail parcel
#9505 5148 8229 6181 5097 96

)
)
)
)
)
)

Case No. 26-949M(NJ)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

USPS Priority Mail #9505 5148 8229 6181 5097 96, addressed to ""Elizabeth Silva, 1537 Isabelle Ave, Racine WI 53402", now at the Milwaukee UPSIS office,

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance, unlawful use of a communication facility, |
| 21 U.S.C. § 843(b) | and conspiracy. |
| 21 U.S.C. § 846 | |

The application is based on these facts:

See attached.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Erik Meidlinger

Digitally signed by Erik Meidlinger
Date: 2026.07.06 15:21:09 -05'00'

*Applicant's signature*

Erik Meidlinger, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 7/7/2026

*Judge's signature*

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A SEARCH WARRANT

I, Erik J Meidlinger, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin.  I have been a federal law enforcement agent for over four years.  From July 2017 to January 2022, I served as a Special Agent with the United States Secret Service and from January 2022, to the present day, with the USPIS.

2.      The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

3.      In 2010, I graduated from California State University Stanislaus with a Bachelor's degree in Criminal Justice and by 2012 completed 18 credit hours towards a Master's degree in Criminal Justice at California State University Stanislaus.

4.      During my time as a law enforcement officer, I completed numerous hours of training on criminal drug use, abuse, and trafficking.  I have had both formal training and have participated in drug investigations.  More specifically, my training and experience includes the following:

   a. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy,

1

methamphetamine, and fentanyl. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;

b. I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking; and

f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials.

5. Based on my training, experience and discussion with fellow United State Postal Inspectors, Kenosha Sheriff's Department detectives, and North Central High Intensity Drug Trafficking Area (HIDTA) drug task force officers, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

**PURPOSE OF AFFIDAVIT**

6. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia

2

associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

7.      This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a USPS Priority Mail piece (**SUBJECT PARCEL**).  The **SUBJECT PARCEL** is described as a 12" x 8" x 10", a medium brown cardboard box, weighing approximately 5 pounds 15.2 ounces or 2,698.87 grams, and bearing USPS Priority Mail parcel number 9505 5148 8229 6181 5097 96.  The **SUBJECT PARCEL** has a handwritten label addressed from, "Alma Perez, 24513 Oneida St, Moreno Valley, CA 92553".  The handwritten label is addressed to "Elizabeth Silva, 1537 Isabelle Ave, Racine WI 53402".  The Postage paid was $37.00.

## INVESTIGATION OF THE SUBJECT PARCEL

8.      I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as:  Washington, Oregon, California, Colorado, Nevada, New Mexico, Texas, Arizona and the territorial island of Puerto Rico.  There, controlled substances are more easily and readily available, due to certain state laws, and a porous international border, among other reasons.  Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled

3

substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico. As such, within the Prohibited Mail-Narcotics program area of the USPIS, certain indicators have been identified in the area of the trafficking of both illegal drugs, and their proceeds, through the United States Mail.

9. I, along with other Milwaukee Postal Inspectors, conduct routine examinations of Postal Service databases and the outside of parcels traveling in the USPS Priority Mail and Priority Mail Express to the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

10. On Wednesday, July 1, 2026, Postal Inspector Erik Meidlinger conducted a search of Postal databases for parcels coming to the Racine, WI area and it revealed one parcel mailed from Moreno Valley, CA to Racine, WI. The mailing characteristics of the parcel matched previous narcotics parcels mailed through the United States Postal System that were intercepted and opened through search warrant or consent by Postal Inspectors which resulted in seizures of illegal narcotics.

11. On Thursday, July 2, 2026, Postal Inspector Erik Meidlinger intercepted the **SUBJECT PARCEL** addressed to 1537 Isabelle Ave., Racine, WI 53402 at the Oak Creek Carrier Annex.

12. Examination of the exterior of the parcel revealed that it was addressed via a handwritten label. Phone numbers were not listed for the receiver or sender. An option of a signature required upon receipt was not used by the sender. These again are strong indicators of drug trafficking behavior of the **SUBJECT PARCEL**, which I am aware of based on my training, experience and discussion with fellow United States Postal Inspectors. The fee-free signature

4

delivery confirmation of the intended recipient was not requested for the **SUBJECT PARCEL**. The use of "Waiver of Signature" for Priority Mail parcels is a common practice identified by the USPIS in the trafficking of illegal drugs and currency through the United States Mail; as it is used to subvert law enforcement attempts for a controlled delivery of said parcels.

*CLEAR database query, Mailer information and K9 sniff and hit by HIDTA of*

***SUBJECT PARCEL***

13.     United States Postal Service database searched by USPIS Inspector Erik Meidlinger revealed the address 1537 Isabelle Ave., Racine WI 53402 does exist as a physical address. There is no record through USPS database Change of Address Record System (COARS) and ThomsonReuters CLEAR database of Elizabeth Silva at that address.  United States Postal Service databases searched by USPIS Inspector Erik Meidlinger revealed the address 24513 Oneida St., Moreno Valley, CA 92553 does exist as a real physical address, however, there is no record through USPS database Change of Address Record System (COARS) and ThomsonReuters CLEAR database of an Alma Perez living at the address.

14.     The United States Postal Inspection Service cooperates and works with HIDTA on criminal investigations in in Southeastern Wisconsin. Postal Inspector Erik Meidlinger contacted USPIS Task Force Officer (TFO) Christopher Conway of the Milwaukee Police Department about the suspicious parcel and inquired about a canine handler to conduct a sniff of the air near the **SUBJECT PARCEL**.  On Monday, July 6, 2026, I met with TFO Conway, a certified narcotics K9 handler, and his canine "Flexy" at the USPIS Milwaukee Domicile, located in Milwaukee, Wisconsin.  TFO Conway and Flexy are a certified drug detection team.  Canine "Flexy" alerts to the odor of a controlled substance (specifically heroin, cocaine, marijuana, methamphetamine, and other controlled substances made with like components) by passively sitting and staring at the area

5

or object emitting or containing the odor of the controlled substances he is trained to alert to. TFO Conway and Flexy have received four weeks (160 hours) of intensive training and certification through Shallow Creek Kennels, deploying and utilizing a drug detection canine; this certification (January 2019) is based on guidelines set forth by the North American Police Work Dog Association (NAPWDA) which is a nationally based group in partnership with local, state, federal and international agencies including private vendors, law enforcement and first responder; this training establishes consensus-based best practices for the use of detection canine teams by improving the consistency and performance of deployed teams which will improve interdiction efforts as well as courtroom acceptance. TFO Conway and Flexy have detected controlled substances more than 800 times in the past, which included training and in each alert drugs that canine Flexy is trained to find have been recovered or a drug nexus has been found. Canine Flexy's alerts have been the basis for more than ninety (90) search warrants (parcels, residences, vehicles, etc.) and the search of numerous motor vehicles and in each alert drugs that canine Flexy is trained to find have been recovered or a drug nexus has been found

15. On July 6, 2026, the **SUBJECT PARCEL** was placed amongst multiple empty boxes in a work area at the USPIS Milwaukee Domicile. TFO Conway and Postal Inspector Meidlinger watched as Flexy conducted a sniff of all parcels in the work area, including the **SUBJECT PARCEL**. Flexy located and indicated to the parcel known to Postal Inspector Meidlinger to be the **SUBJECT PARCEL**. Flexy's indication denoted the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances that Flexy is trained to detect.

6

16.     Based upon the information as outlined in this affidavit, I respectfully believe that the **SUBJECT PARCEL** may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open the **SUBJECT PARCEL** and search its contents for evidence of controlled substance trafficking. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

17.     I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

18.     The **SUBJECT PARCEL** is currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

7